# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
VS. )
) Case Number: **M-21-103-SM**
)
) Charging District: District of Columbia
)
**Danielle Nicole Doyle** )
**Defendant** ) Charging District's Case Number: 1:21-MJ-00259

## ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| PLACE: | U.S. District Court<br>District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom: | Magistrate Judge Faruqui |
|---|---|---|---|
| | | Date and Time: | March 2, 2021 at 1:00 p.m. via Zoom |

Thursday, February 25, 2021
Date

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

SR-03-2020