# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIELLE NICOLE DOYLE,

        Defendant.

APPEARANCE

CASE NUMBER: M-21-103-SM

To the Clerk of this court and all parties of record:

In accordance with this Court's Order Appointing Counsel (Dkt. No. 4) please enter my appearance as counsel in this case for DANIELLE NICOLE DOYLE for purposes of initial appearance only.

I certify that I am admitted to practice in this court. I also certify that I am registered in this Court's Electronic Case Filing System.

February 26, 2021
Date

*s/ Julia C. Summers*
JULIA C. SUMMERS
OBA #15851
ASSISTANT FEDERAL PUBLIC DEFENDER
215 DEAN A. MCGEE, SUITE 109
OKLAHOMA CITY, OKLAHOMA 73102
MAIN: (405) 609-5930
FAX: (405) 609-5932
DIRECT: (405) 609-5963
EMAIL: julia_summers@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant(s): Matthew B. Dillon, Assistant United States Attorney.

*s/ Julia C. Summers*
JULIA C. SUMMERS